IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD DANIEL VAUGHN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-122

Opinion filed April 14, 2015.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

Jeffrey E. Lewis, Criminal Conflict & Civil Regional Counsel, Michael J. Titus, Assistant Regional Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Giselle Denise Lylen, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.